1  SEYFARTH SHAW LLP
   Ashley N. Arnett (SBN 305162)
2  aarnett@seyfarth.com
   601 South Figueroa Street, Suite 3300
3  Los Angeles, California 90017-5793
   Telephone:  (213) 270-9600
4  Facsimile:   (213) 270-9601

5  Attorneys for Defendant
   DAVINA, INC.
6

7

8
                    UNITED STATES DISTRICT COURT
9
                    CENTRAL DISTRICT OF CALIFORNIA
10

11

12 | DWAIN LAMMEY,                                    | Case No. 2:21-cv-01723
13 |                     Plaintiff,                   | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (LOCAL RULE 8-3)**
14 |     v.
15 | DAVINA, INC. a California Corporation; and DOES 1-10,
16 |                     Defendants.                  | Complaint Filed: Jan. 8, 2021
17 |                                                  | Complaint Served: Jan. 25, 2021
18 |                                                  | Date Removed from State Court: Feb. 24, 2021
19 |                                                  | Current Response Date: Mar. 3, 2021
20 |                                                  | New Response Date: Apr. 2, 2021
21
22
23
24
25
26
27
28

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS
(L.R. 8-3)
68378510v.1

|   |   |
|---|---|
| 1 | **THE UNDERSIGNED PARTIES STIPULATE** through their respective |
| 2 | counsel, pursuant to Local Rule 8-3, that Defendant Davina, Inc. ("Defendant") shall be |
| 3 | granted an extension of time of thirty (30) days in which to respond to Plaintiff's initial |
| 4 | Complaint in this action up through and including April 2, 2021.  This is the first |
| 5 | extension of time to respond to Plaintiff's initial Complaint and it does not extend the |
| 6 | time to respond for more than 30 days from the date the response would initially have |
| 7 | been due, so it does not need to be approved by the Court. |
| 8 | Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Ashley N. Arnett hereby certify that the |
| 9 | content of this document is acceptable to Amanda Seabock, counsel for Plaintiff, and that |
| 10 | Ms. Seabock has provided her authorization to affix her electronic signature to this |
| 11 | document. |
| 12 | IT IS SO STIPULATED. |

DATED:  February 25, 2021            SEYFARTH SHAW LLP

By   */s/ Ashley N. Arnett*
           Ashley N. Arnett

Attorneys for Defendant
DAVINA, INC.

DATED: February 25, 2021            CENTER FOR DISABILITY ACCESS

By   */s/ Amanda Seabock*
         Amanda Seabock

Attorneys for Plaintiff
DWAIN LAMMEY

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA      )
                         ) SS
COUNTY OF LOS ANGELES    )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 601 South Figueroa Street, Suite 3300, Los Angeles, California 90017-5793.

On **February 25, 2021**, I served the within document(s):

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (LOCAL RULE 8-3)**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

| | |
|---|---|
| Raymond Ballister Jr., Esq.<br>Russell Handy, Esq.<br>Amanda Seabock, Esq.<br>Zachary Best, Esq.<br>CENTER FOR DISABILITY ACCESS<br>8033 Linda Vista Road, Suite 200<br>San Diego, California 92111<br>Telephone No.: (858) 375-7385<br>Email: amandas@potterhandy.com | Attorneys for Plaintiff<br>DWAIN LAMMEY |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **February 25, 2021**, at Los Angeles, California.

*Sandra Hinojosa*
_____
Sandra Hinojosa